IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50596
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

JERRY K. BENNETT,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-96-CR-197-1
- - - - - - - - - -
April 15, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Bennett appeals from the district court's affirmance of the
magistrate's denial of his motion to dismiss his information on
the grounds of double jeopardy.  This court has jurisdiction
over an interlocutory appeal from a refusal to dismiss an
information on the grounds of double jeopardy.  <u>United States v.</u>
<u>Reyes</u>, 87 F.3d 676 (5th Cir. 1996).  We have reviewed the record
and the briefs on appeal and AFFIRM the district court's order

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

for the reasons set forth by the district court.  <u>United States of America v. Bennett</u>, No. SA-96-CR-197-1 (W.D. Tex. July 24, 1996).

AFFIRMED.